**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-2097**

RYAN BLAKE STEVENSON,

Plaintiff - Appellant,

v.

LISA DAVIS CLARK, Family Court Judge; DEREK C. SWOPE, Circuit Court
Judge; JULIE BALL, Circuit Clerk,

Defendants - Appellees.

Appeal from the United States District Court for the Southern District of West Virginia, at
Bluefield.  David A. Faber, Senior District Judge.  (1:21-cv-00625)

Submitted:  January 17, 2023                                    Decided:  January 19, 2023

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ryan Blake Stevenson, Appellant Pro Se.  John P. Fuller, BAILEY & WYANT, PLLC,
Charleston, West Virginia; Wendy Elizabeth Greve, PULLIN, FOWLER, FLANAGAN,
BROWN & POE, PLLC, Charleston, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ryan Blake Stevenson appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Stevenson's 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Stevenson v. Clark*, No. 1:21-cv-00625 (S.D.W. Va. Sept. 19, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*